(56 Misc. Rep. 457.)

ALPERN et al. v. HIRSCH et al.

(Supreme Court, Appellate Term. November 29, 1907.)

APPEAL—REVERSAL—DEFECTS IN RECORD—NECESSITY OF NEW TRIAL.
Where the record on appeal is so unintelligble that the judgment cannot be said to be consistent with any aspect of the evidence, the judgment will be reversed for a new trial.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 4600–4603.]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Morris Alpern and another against Samuel Hirsch and another. From a judgment in their favor, plaintiffs appeal. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Marcuson Bros., for appellants.

Joseph Wilkenfeld, for respondents.

PER CURIAM. The record is so unintelligible that we cannot say that the judgment rendered is consistent with any aspect of the evidence. The rights of the parties cannot satisfactorily be determined without a new trial.

Judgment reversed, and new trial ordered, with costs to appellants to abide event.